UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14011-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**THOMAS RALPH STANLEY,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 17]. On March 29, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 12] during which Defendant pled guilty to Counts 1 and 2 of the Information [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 13, 14]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2 of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 1]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 17] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Thomas Ralph Stanley** as to Counts 1 and 2 of the Information is **ACCEPTED**.

CASE NO. 24-14011-CR-CANNON

3. Defendant **Thomas Ralph Stanley** is adjudicated guilty of Counts 1 and 2 of the Information which charge him with, attempting to evade or defeat tax, in violation of Title 26 U.S.C. § 7201, Title 18 U.S.C. § 2 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of April 2024.

*[signature]*
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record